223 So.2d 406

### Lawrence Paul TURNER and Paul Abraham

v.

### W. D. EWING, Callender Auto Rental and Fidelity General Insurance Company.

#### No. 49843.

June 13, 1969.

In re: W. D. Ewing applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 220 So.2d 518.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

223 So.2d 407

### LOUISIANA POWER AND LIGHT COMPANY

v.

### George A. LASSEIGNE, Jr., et al.

#### No. 49846.

June 13, 1969.

In re: George A. Lasseigne, Jr., et al., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist. 220 So.2d 462.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.